**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

John R. Kroger,

                    Plaintiff,         Case No. 25-10927

v.                                 Judith E. Levy
                                 United States District Judge

United States of America, *et al.*,

                                 Mag. Judge Elizabeth A.
               Defendants.    Stafford

_____/

## ORDER DISMISSING STATE OF MICHIGAN, THE STATE OF WISCONSIN, AND THE STATE OF CALIFORNIA

On December 30, 2025, the Court ordered *pro se* Plaintiff John R. Kroger to show cause, in writing, why the case should not be dismissed for failure to properly serve the State of Michigan, the State of Wisconsin, and the State of California. (ECF No. 18.) Plaintiff was instructed that he must show cause by January 30, 2026. (*Id.* at PageID.114.)

As set forth in the Court's previous order:

On May 5, 2025, Plaintiff filed copies of the allegedly executed summons for all Defendants. (ECF No. 9.) He represents that he served the States of Michigan, Wisconsin, and California on May 5, 2020, by sending "summons through FedEx Ann Arbor to the U.S. Department of State; Bureau of Consular Affairs." (*Id.* at PageID.46

(summons for State of California); *see also id.* at PageID.47–48 (stating substantially the same for Wisconsin and Michigan).) The Court notes that the 90-day deadline for service passed on June 30, 2025.

Based on Plaintiff's representations, his service of the State Defendants is not proper, and he has not properly served them within the 90-day deadline. Federal Rule of Civil Procedure 4(j)(2) states that a State government must be served by either "delivering a copy of the summons and of the complaint to its chief executive officer" or by "serving a copy of each in the manner prescribed by that state's law for serving a summons or like process on such a defendant." Here, Plaintiff's mailing of the summons to the "U.S. Department of State[ ] Bureau of Consular Affairs" does not appear to be an appropriate form of service.

(ECF No. 18, PageID.113–114.)

To date, Plaintiff has not responded to the Court's order to show cause. Since the Court's December 30, 2025 order, Plaintiff filed a second response to the Kroger Company and the United States' motions to dismiss that was stricken (ECF No. 20), a document that appears to contain medical records (ECF No. 21), and other stricken documents. (ECF Nos. 23, 25.)[1] In these filings, Plaintiff does not explain his failure to properly serve the States of Michigan, Wisconsin, and California.

---

[1] These documents were stricken for failure to comply with Federal Rule of Civil Procedure 5.2.

As such, Plaintiff's claims against the State of Michigan, State of Wisconsin, and State of California are DISMISSED WITHOUT PREJUDICE for failure to serve within 90 days after the complaint was filed, pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated: February 5, 2026　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 5, 2026.

　　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　　　Case Manager

3